**Order entered December 29, 2013**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00247-CR

**CARSTEN HEDEMANN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1434917-R**

## ORDER

Appellant's December 10, 2020 Motion for Leave to File Appellant's Supplemental Brief is **GRANTED**. The supplemental brief is due on or before January 13, 2021.

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE